No. D–559. In re Disbarment of Burke. Disbarment entered. [For earlier order herein, see 478 U. S. 1018.]

No. D–560. In re Disbarment of Heyser. Disbarment entered. [For earlier order herein, see 478 U. S. 1018.]

No. D–578. In re Disbarment of Alker. It is ordered that Edward C. Alker, of Folsom, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–579. In re Disbarment of Betz. It is ordered that David Franklin Betz, of Ludington, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–580. In re Disbarment of Sisk. It is ordered that Mary Neal Sisk, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 85–937. West Virginia v. United States. C. A. 4th Cir. [Certiorari granted, 475 U. S. 1009.] Motion of California for leave to file a brief as amicus curiae out of time denied.

No. 85–1129. Johnson v. Transportation Agency, Santa Clara County, California, et al. C. A. 9th Cir. [Certiorari granted, 478 U. S. 1019.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as amicus curiae out of time granted.

No. 85–6790. Granberry v. Greer, Warden. C. A. 7th Cir. [Certiorari granted, ante, p. 813.] Motion for appointment of counsel granted, and it is ordered that Howard B. Eisenberg, Esquire, of Carbondale, Ill., be appointed to serve as counsel for petitioner in this case.

No. 86–5430. Benvenuti v. Department of Defense et al. C. A. Fed. Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 10, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.